UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CITATION / CASE NO. 11-mj-0003 CMK

## ORDER TO PAY

John L. Feaster

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____  _____  _____
City                    State                    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT
DATE: 2-23-11                    /s/ John Feaster
                                 DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

CITATION / CASE NO: Count II          FINE 490.00    ASGMT. _____
CITATION / CASE NO: _____    FINE _____    ASGMT. _____
CITATION / CASE NO: _____    FINE _____    ASGMT. _____
CITATION / CASE NO: _____    FINE _____    ASGMT. _____

[X] FINE TOTAL of $ 490.00 and a penalty assessment of $ 10.00 within _____ days/months or payments of $ 50.00 per month, commencing 4-1-11 and due on the First of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $_____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) PROBATION to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 70026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~  501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 2-23-11                    _____
                                 U.S. MAGISTRATE JUDGE

Clerk's Office                                           EDCA - 03 Rev 8/97